| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gibney, John A. | 2. Court or Organization<br><br>District Court-Eastern District of Virginia | 3. Date of Report<br><br>06/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
701 East Broad Street
Suite 6014
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Lawyers Helping Lawyers |
| 2. | Trustee | Trust 1 |
| 3. | Trustee | Trust 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Hanover County Attorney's Office - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AT&T | B | Dividend | K | T | | | | | |
| 2.  Beam, Inc. (X) | A | Dividend | | | Sold | 05/28/14 | L | E | |
| 3.  Coca-Cola | A | Dividend | K | T | | | | | |
| 4.  CSX | C | Dividend | M | T | Donated (part) | | | | |
| 5.  DuPont | B | Dividend | K | T | | | | | |
| 6.  Exelon Corp (X) | A | Dividend | | | Sold | 05/28/14 | L | A | |
| 7.  Exxon | D | Dividend | N | T | | | | | |
| 8.  First Energy Corp (X) | A | Dividend | | | Sold | 05/28/14 | K | A | |
| 9.  Henrico Cty Dev. Auth. for VA United Methodist Home Bonrds | A | Interest | K | T | | | | | |
| 10.  Intel | A | Dividend | K | T | | | | | |
| 11.  Merck | B | Dividend | K | T | | | | | |
| 12.  Nuveen Select Maturities Municipal Fund (X) | A | Interest | | | Sold | 05/28/14 | K | A | |
| 13.  Plum Creek Timber | B | Dividend | K | T | | | | | |
| 14.  PNC Financial Services Common Stock | B | Dividend | L | T | | | | | |
| 15.  PPL Corp | C | Dividend | L | T | | | | | |
| 16.  Wellpoint, Inc. | A | Dividend | | | Donated | | | | |
| 17.  American Funds, AMCAP CL A (note 2) | D | Dividend | K | T | Buy (add'l) | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds, American Balanced Fund Cl A (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 19. American Funds, American Mutual Fund Cl A (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 20. American Funds, Capital World Bond Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 21. American funds, Capital World Growth and Income Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 22. American Funds, Fundamental Investors Fund Cl A (note 2) | B | Dividend | J | T | Buy (add'l) | | J | | |
| 23. American Funds, New Perspective Fund Cl A (note 2) | C | Dividend | L | T | Buy (add'l) | | J | | |
| 24. American Funds, New World Fund CL A (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 25. Nuveen Virginia Municipal Bond Fund Cl I (note 2) | A | Interest | K | T | Buy (add'l) | | J | | |
| 26. American Funds, Washington Mutual Investors Fund Cl A (note 2) | C | Dividend | K | T | Buy (add'l) | | J | | |
| 27. Wells Fargo Advantage Municipal Cl A (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 28. BB&T Interest Account | A | Interest | K | T | | | | | |
| 29. Vanguard Long-Term Tax-exempt (note 3) | A | Interest | K | T | Sold (part) | 04/09/14 | J | | |
| 30. Vanguard Long-Term Tax-exempt (note 3) | | | | | Sold (part) | 06/24/14 | J | | |
| 31. Vanguard Long-Term Tax-exempt (note 3) | | | | | Sold (part) | 11/26/14 | J | | |
| 32. Vanguard Windsor II (X) | A | Dividend | K | T | Buy | 06/30/14 | K | | |
| 33. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 34. Bank of America Bank Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual Whole Life Insurance Policy | D | Dividend | N | T | | | | | |
| 36. Trust 1 | | | | | | | | | |
| 37. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 38. -American Funds, New Perspective Mutual Fund A (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 39. -American Funds, Washington Mutual Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 40. -American Funds, AMCAP Fund A (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 41. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 42. -Exxon | B | Dividend | K | T | | | | | |
| 43. -BB&T interest bearing account | A | Interest | J | T | | | | | |
| 44. Trust 2 | | | | | | | | | |
| 45. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 46. -American Funds, New Perspective Mutual Fund A (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 47. -American Funds Washington Mutual Investors Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 48. -American Funds AMCAP Fund A (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 49. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 50. -Exxon | B | Dividend | K | T | | | | | |
| 51. -BB&T interest bearing account (note 2) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. IRA 1 | | | | Q | | | | | |
| 53. -American Electic Power Co. | A | Dividend | J | T | | | | | |
| 54. -John Hancock Income Securities Trust Fund | A | Dividend | J | T | | | | | |
| 55. -Monmouth Real Estate Investment Corp. | A | Dividend | K | T | | | | | |
| 56. -Pepco Holdings Inc (X) | A | Dividend | | | Sold | 07/09/14 | J | B | |
| 57. -Comenity Cap Bank (X) | A | Interest | J | T | Buy | 07/09/14 | J | | |
| 58. -American Funds, Amcap Cl A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 59. -American Funds, American Balanced Cl A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 60. -American Funds, Capital World Bond CL A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 61. -American Funds, Capital World -Growth and income Cl A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 62. -American Funds, Fundamental Investors Cl A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 63. -American Funds, New Perspective Cl A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 64. -American Funds, New World Cl A Fund (note 2) | A | Dividend | J | T | Buy (add'l) | | J | | |
| 65. -BB&T Interest Bearing Account (note 1) | A | Interest | J | T | | | | | |
| 66. IRA 2 | | | | | | | | | |
| 67. -American Funds, Amcap Cl A Fund (note 2) | A | Dividend | L | T | Buy (add'l) | | J | | |
| 68. -American Funds, American Balanced Cl A Fund (note 2) | A | Dividend | L | T | Buy (add'l) | | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds, American Mutual Cl A Fund (note 2) | B | Dividend | L | T | Buy (add'l) | | J | | |
| 70. -American Funds Capital World Bond CL A Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 71. -American Funds, Capital World -Growth and income Cl A Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 72. -American Funds, Fundamental Investors Cl A Fund (note 2) | A | Dividend | L | T | Buy (add'l) | | J | | |
| 73. -American Funds, Growth Fund of America Cl A Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 74. -American Funds, New Perspective Cl A Fund (note 2) | A | Dividend | L | T | Buy (add'l) | | J | | |
| 75. -American Funds, New World Cl A Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 76. -AES Corp | A | Dividend | J | T | | | | | |
| 77. -Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 78. -Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 79. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 80. -Exxon | A | Dividend | K | T | | | | | |
| 81. -IBM | A | Dividend | K | T | | | | | |
| 82. -Microsoft | A | Dividend | J | T | | | | | |
| 83. -Nabors Industries Ltd | A | Dividend | J | T | | | | | |
| 84. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 85. -Qiagen NV Regular Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 87. | -Triangle Capital Corp. | A | Dividend | J | T | | | | | |
| 88. | -Walgreen Company | A | Dividend | J | T | | | | | |
| 89. | -BB&T Interest Bearing Account | A | Interest | J | T | | | | | |
| 90. | IRA 3 | | | | | | | | | |
| 91. | -Vanguard Explorer Fund (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 92. | IRA 4 | | | | | | | | | |
| 93. | -MassMutual Panorama Premier Variable Annuity (X) (note 1) | D | Interest | | | Sold | 01/14/14 | M | | |
| 94. | -American Funds Amcap Cl A (X) | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 95. | -American Funds Amcap Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 96. | -American Funds American Balanced Fund Cl. A (X) | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 97. | -American Funds American Balanced Fund Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 98. | -American Funds American Mutual Cl A (X) | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 99. | -American Funds American Mutual Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 100. | -American Funds Capital World Bond Cl A (X) | A | Dividend | | | Buy | 01/21/14 | J | | |
| 101. | -American Funds Capital World Bond Cl A (note 2) | A | Dividend | | | Buy (add'l) | | J | | |
| 102. | -American Funds Capital World Bond Cl A (X) (note 3) | | | | | Sold | 03/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -American Funds Capital World Growth and Income Cl A (X) | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 104. -American Funds Capital World Growth and Income (note 2) | | | | | Buy (add'l) | | J | | |
| 105. -American Funds Fundamental Investors Cl A (X) | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 106. -American Funds Fundamental Investors Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 107. -American Funds Growth Fund of America Cl A (X) | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 108. -American Funds Growth Fund of America CL A (note 2) | | | | | Buy (add'l) | | J | | |
| 109. -American Funds New Perspective Fund Cl A (X) | A | Dividend | K | T | Buy | 01/21/14 | J | | |
| 110. -American Funds New Perspective Fund Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 111. -American Funds New World Cl A (X) | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 112. -American Funds New World Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 113. -American Funds American Small Cap World Cl A(X) | A | Dividend | J | T | Buy | 03/03/14 | J | | |
| 114. -American Funds American Small Cap World Cl A (note 2) | | | | | Buy (add'l) | | J | | |
| 115. 457 Plan | | | | | | | | | |
| 116. -Lincoln Stable Value Mutual Fund(note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 117. -Am FDS Europacific GR R4 (note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 118. -Mainstay Large Cap Growth Fund Class R1 (note 2) | B | Dividend | L | T | Buy (add'l) | | J | | |
| 119. -Artisan Mid Cap Value (note 2) | A | Dividend | L | T | Buy (add'l) | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Davis NY Venture A (note 2)(X) | A | Dividend | | | Sold | 10/27/14 | J | | |
| 121. -Morgan Stanly Inst Mid Cap Growth (note 2)(X) | A | Dividend | | | Sold | 05/02/14 | J | | |
| 122. -Prudential Jennison Small Company Fund A(note 2) | A | Dividend | K | T | Buy (add'l) | | J | | |
| 123. -Invesco Equity Income (X) | A | Dividend | L | T | Buy (add'l) | | J | | |
| 124. -Vanguard Mid Cap Index ADM | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 125. -Dreyfus S&P 500 Index | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 126. Trust 3 | | | | | | | | | |
| 127. -Vanguard Target Retirement Income Fund | A | Dividend | K | T | Buy (add'l) | | J | | |
| 128. -Vanguard Prine Money Market | A | Interest | J | T | Buy (add'l) | | J | | |
| 129. -Vanguard Wellesley Income Fund Admiral | D | Dividend | M | T | Buy (add'l) | | J | | |
| 130. -Sun Trust Bank Account | A | Interest | J | T | | | | | |
| 131. Virginia Credit Union Bank Account (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 06/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII Line 93. This annuity was a retirement investment purchased with monthly deposits over many years, and with the reinvestment of interest payments, so it is impossible to determine the amount of gain.

2. Part VII beginning at Line 18 and following in all investments in mutual funds. All dividends from mutual funds were reinvested in more shares of the same fund, at various times during the year, so no date of purchase is available.

3. Part VII beginning at Line 30 and following in all sales of mutual funds. The amounts in mutual funds are based in part of reinvestment of dividends. For mutual funds held in IRAs and 457 account, purchases of the funds occurred on a monthly basis over many years. Because of these facts, it is impossible to determine the amount of gain from a sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Gibney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544